UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :
                          :   Hon. Stanley Chesler
        v.                :
                          :   No. 10-cr-412 (SRC)
Owen Palmer               :
                          :   ORDER FOR CONTINUANCE
                          :
                          :

An indictment charging defendant Owen Palmer with one count of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1), having been filed on July 1, 2010; and defendant Owen Palmer having been represented by Donald McCauley, AFPD; and no bail having been set by the Court; and defendant his counsel being aware that a trial must be held within 70 days of the filing of the Indictment on these charges, pursuant to Title 18, United States Code, Section 3161(b); and one continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A); the Government and defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach a plea agreement which would thereby render trial of this matter unnecessary;

IT IS on this _____ day of October, 2010

ORDERED that from the date this Order is entered, to and including December 15, 2010, shall be excluded in calculating

the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
David L. Foster
Assistant U.S. Attorney

_____
Donald McCauley, Esq.
Counsel for Owen Palmer

_____
HONORABLE STANLEY CHESLER
United States District Judge