UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Cr. No. 10-412 |
| OWEN PALMER | : | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Criminal Indictment, Criminal No. 10-412, against defendant Owen Palmer, charging the defendant with being a felon in possession of a firearm in violation of Title 18, United States Code, Section 922 (g)(1), because further prosecution is not in the interests of the United States at this time.

This dismissal is with prejudice.

PAUL J. FISHMAN
United States Attorney

Leave of Court is granted on this ___ day of March for the filing of the foregoing dismissal.

HON. STANLEY R. CHESLER
UNITED STATES DISTRICT JUDGE